UNITED STATES of America, Appellee

v.

Sharmon MABLE, Appellant

No. 16-3090
September Term, 2016

United States Court of Appeals,
District of Columbia Circuit.

Filed On: January 18, 2017

**1:14-cr-00233-RJL-1**

Elizabeth Trosman, Esquire, Assistant U.S. Attorney, USAO Appellate Counsel,

U.S. Attorney's Office (USA), Appellate Division, Washington, DC, for Plaintiff–Appellee.

A.J. Kramer, Federal Public Defender, Sandra Gayle Roland, Assistant Federal Public Defender, Office of the Federal Public Defender (FPD), Washington, DC, for Defendant–Appellant.

## ORDER

Upon consideration of appellant's motion for voluntary dismissal of her appeal and the affidavit in support thereof, it is

**ORDERED** that the motion be granted, and this case be dismissed. See D.C. Circuit Handbook of Practice and Internal Procedures 34-35 (2016).

The Clerk is directed to issue the mandate forthwith to the district court.